IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAUSHI TEAREZ TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-36-SLP |
| | ) | |
| BOARD OF COUNTY | ) | |
| COMMISSIONERS OF THE COUNTY | ) | |
| OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered November 9, 2018 [Doc. No. 43]. No objection to the Report and Recommendations has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendations of the Magistrate Judge are ADOPTED in their entirety.

IT IS THEREFORE ORDERED that the Motion to Dismiss of Defendant Oklahoma Board of County Commissioners [Doc. No. 32] is GRANTED and Plaintiff's claims against the Board are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Dismiss by Oklahoma County Detention Center [Doc. No. 33] is GRANTED and Plaintiff's claims against the OCDC are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of December, 2018.

                                               *[signature]*
                                               SCOTT L. PALK
                                               UNITED STATES DISTRICT JUDGE